UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2630

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**Rafael PADILLA-Romero**

    Defendant.

)
)  Magistrate Case No.
)
)
)  COMPLAINT FOR VIOLATION OF:
)
)  Title 8, U.S.C., Section 1326;
)  Deported Alien Found in the
)  United States
)
)
)
)

The undersigned complainant, being duly sworn, states:

On or about, **September 16, 2004**, within the Southern District of California, defendant, **Rafael PADILLA-Romero,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                            _____
                            SIGNATURE OF COMPLAINANT
                            Immigration Enforcement Agent;
                            Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **August 2008.**

                            _____
                            UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

On September 16, 2004, the defendant **Rafael PADILLA-Romero** was apprehended in San Diego, California, by a Special Agent with Immigration and Customs Enforcement (ICE). The defendant was released on an Immigration Bond. On August 8, 2008, the defendant was arrested in El Cajon, California by the El Cajon Police Department for violation of Section 487 of the California Penal Code: "GRAND THEFT" and booked into San Diego County Jail where an Agent with ICE determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody.

On August 25, 2008, the defendant was referred from local custody to ICE custody. A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about May 22, 1998 and physically removed to Mexico on or about May 22, 1998 via the Nogales Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Rafael PADILLA-Romero, a citizen and national of Mexico.

_____
SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **August 2008**.

_____
UNITED STATES MAGISTRATE JUDGE